UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.  3:14cr59/LAC

JOHN DAVID CASTLEBERRY

_____/

## INITIAL APPEARANCE

Defendant appeared before the undersigned with ____ without __x__ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1.      Advised that he/she is before a U.S. Magistrate Judge                                        __x__

2.      Advised of the charge or charges                                                                          __x__

3.      Advised that he/she does not have to make any statement;
        that defendant has a right to consult with an attorney before
        making any statement; that any statement made could be used
        against defendant; that defendant will be arraigned under Rule 10
        but will not otherwise be asked to plead to the charge or charges    __x__

4.      Advised of right to hire counsel, or have counsel appointed
        if found to be financially unable to hire counsel                                           __x__

5.      Defendant refused to execute CJA 23                                                          _____

6.      Federal public defender appointed after determination
        defendant unable to hire counsel (CJA 20)                                               _____

7.     Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel      _____

8.     Defendant admitted financial ability to employ counsel Counsel      _____

9.     Defendant found to be able to make full or partial payment for appointed counsel      _____

10.    Federal public defender appointed solely for the purpose of appearing at arraignment      _____

11.    Defendant to report to the U.S. Magistrate Judge in _____ days as to formal and final retention of private counsel      _____

12.    Since before the court on an indictment, the defendant was advised no right to preliminary hearing      __x__

13.    Fix date and time for arraignment:  September 2, 2014, at 11:00 A.M.      __x__

      IMMEDIATELY AFTER FIRST APPEARANCE PROCEEDINGS      _____

14.    Defendant advised of right to reasonable bail      _____

15.    Order Setting Conditions of Release entered      _____

16.    Government moved for detention without bail

     (a)    Defendant waived without prejudice right to detention hearing      _____

     (b)    Government represented ready for detention hearing immediately      _____

     (c)    Government requested continuance of _____ days (up to and including 3 days)      _____

(d)     Defendant advised of right of continuance
        for up to and including 5 days                                  _____

(e)     Detention hearing scheduled for _____
        and Temporary Detention Order entered                          _____

(f)     Detention hearing conducted                                    _____

        1)      Order of detention entered                             _____

        2)      Order Setting Conditions of Release entered            _____

(g)     Defendant currently under order of incarceration
        negating necessity of consideration of detention
        on this charge(s) at this time                                 __x__

        Defendant had a detention hearing in the Eastern
        District of Arkansas


                                /s/ *Charles J. Kahn, Jr.*
                                _____
                                CHARLES J. KAHN, JR.
                                UNITED STATES MAGISTRATE JUDGE


DATE:       August 28, 2014


NOTES:_____
_____
_____
_____