# United States District Court

## CRIMINAL MINUTES - ARRAIGNMENT

| | | | |
|---|---|---|---|
| Time Commenced | 11:00 AM | Case No. | 3:14cr-59-LC |
| Time Concluded | 11:57 AM | Date | September 2, 2014 |

**DOCKET ENTRY:** ARRAIGNMENT for JOHN DAVID CASTLEBERRY.

PRESENT :   HONORABLE   **CHARLES J. KAHN, JR.**   MAGISTRATE  JUDGE

| Randall Hensel | Karen Cook | CD | Paula Cawby |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT(S) LISTED BELOW**          **ATTORNEY FOR DEFENDANT**

(1)  John David Castleberry                                  (1)  Sharon Wilson, CJA

✓ Present   ✓ Custody   ___ Bond   ___ O/R          ✓ Present   ✓ Appointed   ___ Retained

**PROCEEDINGS:**

✓   Defendant waives reading of Indictment-Information.
___   Indictment-Information read.

PLEA   *Court enters plea on defendant's behalf*:
✓   Not Guilty Counts(s)   ALL
___   Guilty Count(s)

TRIAL DATE:   October 6, 2014

Filed in Open Court

September 2, 2014
Initials of Deputy Clerk pmc